UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Amalia Villa,<br><br>　　　Plaintiff<br><br>v.<br><br>Carolyn W. Colvin,<br><br>　　　Defendant | 2:15-cv-01392-JAD-CWH<br><br>**Order Adopting Report and Recommendation and Dismissing and Closing Case**<br><br>[ECF Nos. 5, 16, 17, 20] |

　　Plaintiff Amalia Villa brought this action to challenge the denial of her application for disability-insurance benefits.[1] Villa moves to remand this case to the Social Security Administration,[2] and the commissioner countermoves to affirm.[3] Magistrate Judge Bill Hoffman entered a report recommending that I deny Villa's motion to remand and grant the commisioner's motion to affirm.[4] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[5] Objections to the magistrate judge's report and recommendation were due by November 27, 2016, and Villa has not filed an objection or requested an extension to do so. Accordingly, with good cause appearing and no reason to delay,

　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the magistrate judge's report and recommendation **[ECF No. 20] is ADOPTED**; plaintiff's motion to remand **[ECF No. 16] is DENIED**, and defendant's motion to affirm **[ECF No. 17] is GRANTED**. This case is DISMISSED with prejudice.

---

[1] ECF No. 20.

[2] ECF No. 16.

[3] ECF No. 17.

[4] ECF No. 20.

[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1      The Clerk of Court is directed to enter final judgment accordingly and  CLOSE THIS CASE.

2      Dated this 2nd day of December, 2016.

_____
Jennifer A. Dorsey
United States District Judge